**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-61731-CIV-SMITH**

ANTONY PADRO,

    Plaintiff,

vs.

SPECTOR SCIENTIFIC LAB, INC. AND ANNA DZEVA,

    Defendants.

_____/

**ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE AND DISMISSING CASE**

This matter came before the Court upon the Magistrate Judge's Report and Recommendation to District Judge [DE 23], in which she recommends approving the parties' settlement and dismissing the case with prejudice. The parties have not filed any objections. Having reviewed, *de novo*, the Report of Magistrate Judge and the record, and given that there are no objections, it is

**ORDERED** that:

1) The Report and Recommendation to District Judge [DE 23] is **AFFIRMED and ADOPTED**, and incorporated by reference into this Court's Order; and

2) Plaintiff's Motion for Approval of Parties' Settlement Agreement and Dismissal with Prejudice [DE 22] is **GRANTED.** The Settlement Agreement is approved.

3) All pending motions are **DENIED as moot.**

4) The Court shall retain jurisdiction to enforce the Settlement Agreement through **March 19, 2021**.

5) This case is **DISMISSED with prejudice.**

6) This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 7th day of January, 2021.

*/s/ Rodney Smith*
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record